UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.P., *individually and on behalf of minor child* C.P.,

                         Plaintiffs,

              -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                         Defendant.
------------------------------------------------------------X

23 Civ. 6651 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the January 23, 2024, Order directed Defendant to file the certified Administrative Record on the docket by January 26, 2024.  Defendant has not done so.  It is hereby

       **ORDERED** that Defendant shall file the certified Administrative Record no later than **January 30, 2024**.

Dated: January 29, 2024
       New York, New York

                                                  _____
                                                  LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE