UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.P. and C.P., individually and on behalf of C.P.,
A child with a disability,

                     *Plaintiff,*　　　　　　　　　　LETTER MOTION

          --against--　　　　　　　　　　Case No. 1:23-cv-6651

New York City Department of Education

                     *Defendant.*
-------------------------------------------------------------X

Dear Judge Schofield:

I am a Senior Attorney at the Cuddy Law Firm, PLLC (CLF), attorney for the Plaintiff's in the above-referenced action, wherein Plaintiffs seek attorneys' fees, costs, and expenses for legal work on two administrative hearings under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et. seq.*, as well as for this action.

I write to request the Court seal the following submissions by Defendant's counsel as each require redactions of a minor's personal information, including the minor's name and school identification number (ECF 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 67-1).

I also write to request the Court disregard the Defendant's submission of Ms. Nimmer's March 20, 2024 declaration (ECF 67) as Defendant did not file a sur-reply or other brief that connects to the filed declaration.

Thank you for considering this request.

Dated: March 21, 2024
       Valhalla, NY

                                          Respectfully,
                                          s/ Francesca Teresa Antorino
                                          Francesca Teresa Antorino
                                          CUDDY LAW FIRM, PLLC
                                          *Attorneys for Plaintiffs*
                                          400 Columbus Ave, Suite 140S
                                          Valhalla, NY 10595
                                          Tel: (914)517-9553
                                          fantorino@cuddylawfirm.com
                                          CC:   Martha Nimmer, Esq. (via ECF)

---

Plaintiff's motion to seal is DENIED without prejudice to renewal. By **March 28, 2024**, Plaintiff may renew its motion by filing a letter that states a basis for sealing that is sufficient under Second Circuit case law.

Defendant's filing at Dkt. 67 is not formatted as a reply consistent with the Court's Individual Rules.  By **March 25, 2024**, Defendant shall refile its reply with compliant formatting.

Dated: March 21, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE