UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.P., individually and on behalf of C.P., a child   :
with a disability,                                     :

                                             :

                         Plaintiff,   :

                                           :          23 Civ. 6651 (LGS)

            -against-                  :

                                           :          **ORDER**

NEW YORK CITY DEPARTMENT OF      :
EDUCATION, et al.,                  :

                                           :

                         Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 22, 2025, Plaintiffs filed a motion to seal (the "Motion") certain submissions linkable to the Student in this matter (Dkt. No. 70);

WHEREAS, in an Order dated October 16, 2024 (the "Order"), the Motion was granted (Dkt. No. 80);

WHEREAS an exhibit (the "Exhibit") to the declaration of Michael J. Cuddy, Jr. in support of the motion for attorney fees contains an unredacted mention of the Student's name (*see* Dkt. No. 21-3 at 1).  For the reasons stated in the Order, that mention should have been redacted.  It is hereby

ORDERED that Dkt. 21-3 is placed under seal.  By **December 19, 2025**, Plaintiffs shall file a redacted version of the Exhibit.  It is further

ORDERED that by **December 22, 2025**, Plaintiffs shall file a letter confirming that no other mentions of the Student's name improperly appear in the record.  If mentions of the Student's name do appear in certain documents in the record, Plaintiffs shall move to refile redacted versions of those documents by **December 22, 2025**, pursuant to Individual Rule I.D.

2

The Clerk of Court is respectfully directed to place Dkt. No. 21-3 under seal.  For clarity,

Dkt. Nos. 21, 21-1 and 21-2 shall remain publicly accessible.

Dated:  December 16, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2